UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Gregory W.[1], <br><br>   Plaintiff, <br><br> v. <br><br> Martin J. O'Malley, <br> *Acting Commissioner of Social Security*, <br><br>   Defendant. | Case No. 23-cv-3234(DJF) <br><br><br> **ORDER** |

This matter is before the Court on Plaintiff's Unopposed Motion for Dismissal with Prejudice and Waiving of Costs ("Motion") (ECF No. 17).  After exercising due diligence in researching the issues, Plaintiff's counsel concedes that no issues of merit exist, and with Plaintiff's approval, moves to dismiss this action with prejudice.  (*Id.* at 1.)  Defendant does not oppose the motion, and both parties agree to waive all costs.  (*Id.*)  Finding good cause, the Court grants Plaintiff's motion.

**ORDER**

Based on all the files, records, and proceedings herein, **IT IS ORDERED** that:

1. Plaintiff's Unopposed Motion for Dismissal with Prejudice and Waiving of Costs (ECF No. [17]) is **GRANTED**;

2. This matter is **DISMISSED WITH PREJUDICE**; and

3. Each party shall bear its own costs.

---

[1] This District has adopted a policy of using only the first name and last initial of any nongovernmental parties in orders in Social Security matters.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 21, 2024 *s/ Dulce J. Foster*
DULCE J. FOSTER
United States Magistrate Judge